UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Robert Sundin, et al.
                        Plaintiff,
v.                                          Case No.: 1:13−cv−01560
                                            Honorable Sidney I. Schenkier
Stellar Recovery, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 13, 2016:

MINUTE entry before the Honorable Sidney I. Schenkier: Final approval hearing held. Defendant's counsel, Benjamin Nicholas Hutnick, appears by telephone conference. For the reasons stated on the record, the Court gives final approval of the class action settlement agreement. The parties are to submit their proposed order for final approval of class action settlement, with the modifications as stated on the record, to Judge Schenkier's proposed order box as soon as practicable. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.